# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS

**ENTERED**
**02/08/2010**

In Re:

§
§
§
§
§
§

Case No. 02-35506

Debtor(s).

### Order for Payment of Unclaimed Funds

Upon the application of JOHN A HEIMAN & DENA R. HEIMAN,

seeking payment of $ 1,594.19   representing  funds previously unclaimed by

JOHN A HEIMAN/DENA R. HEIMAN
2000 LAMAR DRIVE, #401
RICHMOND, TX 77469

a creditor or debtor in the above-entitled case, and it appearing from the application and

supporting documentation that JOHN A HEIMAN/DENA R HEIMAN   is entitled to

the unclaimed funds, it is

Ordered that the Clerk pay $ 1,594.19    to:

John A. Heiman and Dena R. Heiman and
TEMPIE SERVICES
PO BOX 36198
HOUSTON, TX 77236

Signed this  8 day of February    , 2010.

_____
United States Bankruptcy Judge